IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03411-LTB

SOVEREIGN: KYLE LEE DELI HUE III,

    Plaintiff,

v.

RESPONDENT-SUPERIOR GOV. HICKENLOOPER,
A.G.O. SUTHERS,
C.D.O.C. CLEMENTS,
C.D.O.C. RAEMISCH,
C.D.O.C. REED,
C.D.O.C. ZUPAN,
C.D.O.C. PHYSCIRATRIST KONPRINKAR, and
C.D.O.C. ROWLAND,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 27, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 27 day of January, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/T.Lee
                    Deputy Clerk